AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| DAMPSKIBSSELSKABET NORDEN A/S <br><br> *Plaintiff* <br><br> v. <br><br> GRAND CHINA SHIPPING (HONG KONG) CO., LTD., et. al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 13-CV-0011-CG-B |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GRAND CHINA LOGISTICS HOLDINGS (GROUP) COMPANY LIMITED
588 Pudong South Rd.
Pufa Tower, 13th Floor
Shanghai, China 200120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chalos & Co, P.C.
George M. Chalos
55 Hamilton Avenue
Oyster Bay, New York 11771

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHARLES R. DIARD, JR.
CLERK OF COURT

Date:  1/16/2013

*Mary Ann Boyles*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-CV-0011-CG-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Grand China Logistics Holdings (Group) Company Limited</u>
was received by me on *(date)* <u>5/9/13</u>.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Maria Sanchez, Authorized Person, CT Corporation Systems</u>, who is designated by law to accept service of process on behalf of *(name of organization)*
<u>GRAND CHINA LOGISTICS HOLDINGS (GROUP) CO., LTD.</u> on *(date)* <u>5/10/13 at 1:05pm</u> ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Documents served: Summons; Verified Complaint; Order Authorizing Issuance of Process of Maritime attachment and Garnishment; Process of Maritime attachment and Garnishment; and Notice of Attachment. Personally served at CT Corporation Systems, registered agent for Grand China Logistics Holdings (Group) Company Limited, 818 W. Seventh Street, Los Angeles CA 90017.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 55.00 ~~0.00~~

I declare under penalty of perjury that this information is true.

Date: 5/13/13

*Server's signature*

Nia Cavagnaro Troup, 2012051070 Los Angeles County
*Printed name and title*
Del London Legal Services, Inc.
2110 Artesia Blvd. Suite B-164
Redondo Beach CA 90278
310.922.1556
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| DAMPSKIBSSELSKABET NORDEN A/S | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No.  13-CV- 0011-CG-B |
| GRAND CHINA SHIPPING (HONG KONG) CO., LTD., et. al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GRAND CHINA SHIPPING (HONG KONG) CO. LTD.
No. 20, East Dong Yong Da Road
Donghui Chengbuilding
Snite No. 1, 7th Floor
Da Yu Shan, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Chalos & Co, P.C.
George M. Chalos
55 Hamilton Avenue
Oyster Bay, New York 11771

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHARLES R. DIARD, JR.,
*CLERK OF COURT*

Date:  1/16/2013

*Mary Ann Boyles*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-CV- 0011-CG-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Grand China Shipping (Hong Kong) Co., Ltd.__
was received by me on *(date)* __5/9/13__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Maria Sanchez, Authorized Person, CT Corporation Systems__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__GRAND CHINA SHIPPING (HONG KONG) CO., LTD.__ on *(date)* __5/10/13 at 1:05pm__ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Documents served: Summons; Verified Complaint; Order Authorizing Issuance of Process of Maritime attachment and Garnishment; Process of Maritime attachment and Garnishment; and Notice of Attachment.
Personally served at CT Corporation Systems, 818 W. Seventh Street, Los Angeles CA 90017, registered agent for Grand China Shipping (Hong Kong) Co., Ltd.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 55.00 0.00 .

I declare under penalty of perjury that this information is true.

Date: __5/13/13__

*Server's signature*

Nia Cavagnaro Troup, 2012051070 Los Angeles County
*Printed name and title*
Del London Legal Services, Inc.
2110 Artesia Blvd. Suite B-164
Redondo Beach CA 90278
310.922.1556
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| DAMPSKIBSSELSKABET NORDEN A/S  )<br>  )<br>*Plaintiff*  )<br>  )<br>v.  )<br>  )<br>GRAND CHINA SHIPPING (HONG KONG) CO.,  )<br>LTD., et. al.  )<br>*Defendant*  ) | Civil Action No.  13-CV- 0011-CG-B |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GRAND CHINA SHIPPING (YANTAI) CO. LTD.
3 Yingbin Road
6th Floor, Runli Mansion
Laishan District
Yantai, Shandong Providence, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chalos & Co, P.C.
George M. Chalos
55 Hamilton Avenue
Oyster Bay, New York 11771

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHARLES R. DIARD, JR.
*CLERK OF COURT*

Date: 1/16/2013

*Mary Ann Boyles*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-CV-0011-CG-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Grand China Shipping (Yantai) Co., Ltd__
was received by me on *(date)* __5/9/13__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Maria Sanchez, Authorized Person, CT Corporation Systems__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__GRAND CHINA SHIPPING (YANTAI) CO., LTD.__  on *(date)* __5/10/13 at 1:05pm__ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Documents served: Summons; Verified Complaint; Order Authorizing Issuance of Process of Maritime attachment and Garnishment; Process of Maritime attachment and Garnishment; and Notice of Attachment. Personally served at CT Corporation Systems, registered agent for Grand China Shipping (Yantai) Co., Ltd., 818 W. Seventh Street, Los Angeles CA 90017.

My fees are $ _____ for travel and $ _____ for services, for a total of $  55.00  ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: __5/13/13__

*Server's signature*

Nia Cavagnaro Troup, 2012051070 Los Angeles County
*Printed name and title*
Del London Legal Services, Inc.
2110 Artesia Blvd. Suite B-164
Redondo Beach CA 90278
310.922.1556
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| DAMPSKIBSSELSKABET NORDEN A/S | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  13-CV-0011-CG-B |
| GRAND CHINA SHIPPING (HONG KONG) CO., LTD., et. al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HNA GROUP CO. LTD.
29 Haixiu Road
Haihang Bldg
Haikou City, Hainan, PRC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chalos & Co, P.C.
George M. Chalos
55 Hamilton Avenue
Oyster Bay, New York 11771

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHARLES R. DIARD, JR.
*CLERK OF COURT*

Date: 1/16/2013

*Mary Ann Boyles*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-CV- 0011-CG-B

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __HNA Group co. Ltd__

was received by me on *(date)* __5/9/13__

☐ I personally served the summons on the individual at *(place)* ____

on *(date)* ____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____, a person of suitable age and discretion who resides there,

on *(date)* ____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Maria Sanchez, Authorized Person, CT Corporation Systems__, who is designated by law to accept service of process on behalf of *(name of organization)*

__HNA GROUP CO. LTD.__ on *(date)* __5/10/13 at 1:05pm__ ; or

☐ I returned the summons unexecuted because ____ ; or

☒ Other *(specify)*:
Documents served: Summons; Verified Complaint; Order Authorizing Issuance of Process of Maritime attachment and Garnishment; Process of Maritime attachment and Garnishment; and Notice of Attachment. Personally served at CT Corporation Systems, registered agent for HNA Group Co., Ltd., 818 W. Seventh Street, Los Angeles CA 90017.

My fees are $ ____ for travel and $ ____ for services, for a total of $ 55.00 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: __5/13/13__

*Server's signature*

Nia Cavagnaro Troup, 2012051070 Los Angeles County
*Printed name and title*
Del London Legal Services, Inc.
2110 Artesia Blvd. Suite B-164
Redondo Beach CA 90278
310.922.1556
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| DAMPSKIBSSELSKABET NORDEN A/S | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 13-CV-0011-CG-B |
| GRAND CHINA SHIPPING (HONG KONG) CO., LTD., et. al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OCEAN CONTAINER TRADING (HONG KONG) COMPANY LIMITED
Rm 2103 21/F Futura Plaza
111 How Ming Street
Kwun Tong, Hong Kong

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chalos & Co, P.C.
George M. Chalos
55 Hamilton Avenue
Oyster Bay, New York 11771

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHARLES R. DIARD, JR.
*CLERK OF COURT*

Date: 1/16/2013

*Mary Ann Boyles*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-CV-0011-CG-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ocean Container Trading (Hong Kong) Company Limited was received by me on *(date)* 5/9/13 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Maria Sanchez, Authorized Person, CT Corporation Systems , who is designated by law to accept service of process on behalf of *(name of organization)* OCEAN CONTAINER TRADING (HONG KONG) COMPANY LIMITED on *(date)* 5/10/13 at 1:05pm ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Documents served: Summons; Verified Complaint; Order Authorizing Issuance of Process of Maritime attachment and Garnishment; Process of Maritime attachment and Garnishment; and Notice of Attachment. Personally served at CT Corporation Systems, registered agent for Ocean Container Trading (Hong Kong) Company Limited, 818 W. Seventh Street, Los Angeles CA 90017.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 75.00 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 5/13/13

_____
Server's signature

Nia Cavagnaro Troup, 2012051070 Los Angeles County
*Printed name and title*

Del London Legal Services, Inc.
2110 Artesia Blvd. Suite B-164
Redondo Beach CA 90278
310.922.1556
*Server's address*

Additional information regarding attempted service, etc: