IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAMPSKIBSSELSKABET NORDEN A/S<br>Plaintiff<br><br>v.<br><br>GRAND CHINA SHIPPING (HONG KONG) CO., LTD; GRAND CHINA LOGISTICS HOLDINGS (GROUP) COMPANY LIMITED; GRAND CHINA SHIPPING (YANTAI) CO., LTD; HNA GROUP CO. LTD., and OCEAN CONTAINER TRADING (HONG KONG) COMPANY LIMITED,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 1:13-cv-00011 (CG-B) |

## STATUS REPORT REGARDING RULE B ATTACHMENT

COMES NOW Plaintiff, DAMPSKIBSSELSKABET NORDEN A/S, by and through undersigned counsel, and further to this Court Order dated August 5, 2013 (Docket #19), respectfully submits the following report regarding the status of its Garnishment on Norton Lilly International, Inc. ("Norton Lilly"):

1.  Plaintiff commenced this Rule B maritime action against Defendants on or about January 11, 2013, in order to obtain security in aid of a pending London arbitration proceeding. Plaintiff claimed damages of USD 4,779,874.3819, plus interest and costs, arising from the breach of a charter party agreement. Docket #1.

2.  An Order for Issuance of Process of Maritime Attachment and Garnishment ("Order of attachment") was issued by this Court on January 17, 2013, for an amount up to USD

5,273,184.44, and the Clerk issued the Process of Maritime Attachment and Garnishment on the same day. Dockets #9, 10.

3. The Order of attachment was served on the garnishees listed therein. On February 7, 2013, garnishee Norton Lilly International, Inc. ("Norton Lilly") filed an Answer with the Court, and provided Plaintiff with its Answers to the Plaintiff's Interrogatories. Docket # 13. In its Answer, Norton Lilly confirmed that it maintains a depository account with BankTrust in Mobile, Alabama in connection with agency services performed for Defendant Grand China Shipping (Yantai) Co. Ltd. ("GCS Yantai")("the Bank Account"), which had a balance of USD 427,616.12 as of the date the Process of Maritime Attachment and Garnishment was served. Additionally, Norton Lilly indicated that GCS (Yantai)'s accounts payable to vendors totaled approximately USD 3,268,420.54 and accounts receivable totaled approximately USD 148,410.09, at the time the Process of Maritime Attachment and Garnishment was served.

4. On August 5, 2013, this Court issued an Order directing, *inter alia*, Plaintiff to advise the Court regarding the status of its Garnishment against Norton Lilly.

5. We have conferred with Norton Lilly's counsel, who confirmed that, as of August 14, 2013, the balance of the Bank Account is USD 439,825.12. To the best of Norton Lilly's knowledge, as of August 14, 2013, GCS (Yantai)'s accounts payable to vendors totaled approximately USD 3,268,420.54[1], and accounts receivable totaled approximately USD 136,261.09.

---

[1] We understand from counsel for Norton Lilly that this amount relating to GSC (Yantai)'s accounts payable may not be entirely accurate. Specifically, GCS (Yantai) has communicated directly with several vendors, and may have satisfied the outstandings without Norton Lilly's involvement.

Dated: August 19, 2013                                  Respectfully submitted.
       Oyster Bay, New York

                                                                  CHALOS & CO, P.C.

                                   By:      /s/ George M. Chalos
                                                             George M. Chalos, Esq.
                                                            Fed ID: GC-8693
                                                            *Admitted pro hac vice*
                                                            55 Hamilton Avenue
                                                            Oyster Bay, New York 11771
                                                           Telephone: (516) 714-4300
                                                           Facsimile: (516) 750-9051
                                                           Email: gmc@chaloslaw.com
                                                           *Attorneys for Plaintiff*
                                                           DAMPSKIBSSELSKABET NORDEN A/S

OF COUNSEL:
BRISKMAN &BINION, P.C.
Donald Briskman, Esq.
Fed ID: Brisd9863
ASB: 9863 S73D
205 Church Street
P. O. Box 43, Mobile, Alabama, 36601
Tel: (251) 433-7600
Fax: (251) 433-4485
Email:dbriskman@briskman-binion.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have on the 19th day of August, 2013, served a true and correct copy of the foregoing pleading on all counsel by CM/ECF, by facsimile transmittal, by hand delivery, or by mailing United States postal service, postage prepaid and address as follows:

     Benjamin Young Ford, Esq.
     Armbrecht Jackson LLP
     *Counsel for Norton Lilly International, Inc.*

                                                                                       /s/ George M. Chalos
                                                                                          George M. Chalos