IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAMPSKIBSSELSKABET NORDEN A/S, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 13-0011-CG-B |
| GRAND CHINA SHIPPING (HONG KONG) CO., LTD; GRAND CHINA LOGISTICS HOLDINGS (GROUP) COMPANY LIMITED; GRAND CHINA SHIPPING (YANTAI) CO., LTD; HNA GROUP CO. LTD., and OCEAN CONTAINER TRADING (HONG KONG) COMPANY LIMITED, ) ) ) ) ) ) ) ) ) ) | |
| Defendant. ) | |

**CLERK'S ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and the Plaintiff's Application for Entry of Default (Doc. 20), DEFAULT is hereby entered against defendants, Grand China Shipping (Hong Kong) Co., Ltd, Grand China Logistics Holdings (Group) Company Limited, Grand China Shipping (Yantai) Co., Ltd, HNA Group Co. Ltd, and Ocean Container Trading (Hong Kong) Company Limited, for failure to plead or otherwise defend.

Done this the 20th day of August, 2013.



CHARLES R. DIARD, JR., CLERK

By: *Mary Ann Boyles*
Deputy Clerk