

**CT Corporation**

213 627 8252 tel
www.ctcorporation.com

818 West Seventh Street
2nd Floor
Los Angeles, CA 90017

FILED SEP 4 '13 PM 2:04 USDCALS

August 28, 2013

Charles R. Diard, Jr.
United States District Court
113 St. Joseph Street,
Mobile, AL  36602

Re:  Dampskibsselskabet Norden A/S, Pltf. vs. Grand China Shipping (Hong Kong) Co., Ltd., et al., Dfts. // To: Unidentified Entity

Case No.  130011CGB

Dear Sir/Madam:

CT Corporation System received the enclosed documents.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

CT Corporation System

Log# 523391248

Sent By Regular Mail


(Returned To)

Charles R. Diard, Jr.
United States District Court
113 St. Joseph Street,
Mobile, AL  36602

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAMPSKIBSSELSKABET NORDEN A/S, ) ) Plaintiff, ) ) vs. ) ) GRAND CHINA SHIPPING (HONG KONG) CO., LTD; GRAND CHINA LOGISTICS HOLDINGS (GROUP) COMPANY LIMITED; GRAND CHINA SHIPPING (YANTAI) CO., LTD; HNA GROUP CO. LTD., and OCEAN CONTAINER TRADING (HONG KONG) COMPANY LIMITED, ) ) ) ) ) ) ) ) ) ) Defendant. ) | CIVIL ACTION NO. 13-0011-CG-B |

CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and the Plaintiff's Application for Entry of Default (Doc. 20), DEFAULT is hereby entered against defendants, Grand China Shipping (Hong Kong) Co., Ltd, Grand China Logistics Holdings (Group) Company Limited, Grand China Shipping (Yantai) Co., Ltd, HNA Group Co. Ltd, and Ocean Container Trading (Hong Kong) Company Limited, for failure to plead or otherwise defend.

Done this the 20th day of August, 2013.

CHARLES R. DIARD, JR., CLERK

By: *Mary Ann Boyles*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
CLERK
113 ST. JOSEPH STREET
MOBILE, ALABAMA 36602

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

$ 00.46⁰
AUG 20 2013
MAILED FROM ZIP CODE 36602

CT Corporation Systems
Attn: Maria Sanchez
818 W. Seventh Street
Los Angeles, CA 90017